**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: D.N.P., A MINOR   :   No. 263 EAL 2017

  :

  :

PETITION OF: D.P, MOTHER   :   Petition for Allowance of Appeal from

  :   the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of July, 2017, the Petition for Allowance of Appeal is

**DENIED**.